UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC. ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JUDSON PHILLIPS, ESQ., ET AL., <br><br> Defendants. | Case No. 3:17-cv-01124 <br><br> Judge Aleta A. Trauger <br> Magistrate Judge Alistair E. Newbern |

## **ORDER**

The parties have notified the Court that they no longer require resolution of Defendant William Keever's pending motion to compel (Doc. No. 227). That motion is therefore FOUND MOOT.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge